No. 75–6943. THOMAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–6947. RANGEL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–6948. POINDEXTER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 75–6949. CROMWELL, AKA HOWARD *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 75–6950. IN RE MAYES. Ct. App. D. C. Certiorari denied.

No. 75–6951. CONKLIN *v.* HELGEMOE, WARDEN. C. A. 1st Cir. Certiorari denied.

No. 75–6952. REALE *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 75–6953. WILLIAMS *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 75–6956. CABRERA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–6958. SIMMONS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–6959. BURDEN *v.* McKENNEY ET AL. C. A. 1st Cir. Certiorari denied.

No. 75–6960. TOBIAS *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 75–6961. FALKNER ET UX. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–6962. WOODS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.